UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIARALIZ COLLAZO,

    Plaintiff,

v.

EURO NAILS & SPA KISSIMMEE, INC.,

    Defendant.

Case No. 6:23-cv-114-RMN

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice ("Motion"). Dkt. 39. The Court held a hearing via Zoom on October 18, 2023 ("Hearing"). Dkt. 46. For the reasons stated on the record at the Hearing, the Motion is due to be denied without prejudice.

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion (Dkt. 39) is **DENIED without prejudice**; and

2. Any renewed Motion for Approval of Settlement and Dismissal with Prejudice shall be filed on or before November 1, 2023, and shall address

- 2 -

the issues discussed at the Hearing.

      **DONE** and **ORDERED** in Orlando, Florida, on October 18, 2023.

                                    ROBERT M. NORWAY
                                    *United States Magistrate Judge*

Copies to:

Counsel of Record